**Dismiss and Opinion Filed October 14, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01104-CR
### No. 05-13-01105-CR

**QUENTIN PATRICK WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-27662-N, F11-27666-N**

## MEMORANDUM OPINION

Before Justices Moseley, Myers, and Brown
Opinion by Justice Myers

Quentin Patrick Williams pleaded guilty to two robbery offenses. Pursuant to plea agreements, the trial court sentenced appellant to ten years' imprisonment in each case. The trial court certified that the cases involve plea bargains and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d), *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeals for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131104F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

QUENTIN PATRICK WILLIAMS,
Appellant

No. 05-13-01104-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-27662-N.
Opinion delivered by Justice Myers,
Justices Moseley and Brown participating.

     Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 14th day of October, 2013.

/Lana Myers/
LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

QUENTIN PATRICK WILLIAMS,
Appellant

No. 05-13-01105-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-27666-N.
Opinion delivered by Justice Myers,
Justices Moseley and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 14th day of October, 2013.

/Lana Myers/
LANA MYERS
JUSTICE